FILED
January 26, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BINH THU LAM,<br>　　　　　Defendant. | Case No. MJ.S-11-0028-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release BINH THU LAM, Case No. MJ.S-11-0028-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00

　　_X_ Co-signed Unsecured Appearance Bond by Carrie Wong and Nancy Wong

　　___ Secured Appearance Bond

_X_ (Other) Conditions as stated on the record..

___ (Other) _____.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 01-26-11 at 2:40 p.m.

By _____
　　Edmund F. Brennan
　　United States Magistrate Judge