```
                                              FILED
                                              January 26, 2011
    UNITED STATES DISTRICT COURT FOR THE      CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
       EASTERN DISTRICT OF CALIFORNIA         CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA,           )
                                    )   Case No. MJ.S-11-0028-EFB
              Plaintiff,            )
v.                                  )
                                    )   ORDER FOR RELEASE OF
BINH THU LAM,                       )   PERSON IN CUSTODY
              Defendant.            )
                                    )
_____)

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BINH THU LAM, Case No. MJ.S-11-0028-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of: $50,000.00

    _X_  Co-signed Unsecured Appearance Bond by Carrie Wong and Nancy Wong

    ___  Secured Appearance Bond

    _X_  (Other) Conditions as stated on the record..

    ___  (Other) _____.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  01-26-11  at  2:40 p.m.

                                    By  /s/ Edmund F. Brennan
                                        Edmund F. Brennan
                                        United States Magistrate Judge